# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB -6  PM 7: 12

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ROBERTO R. MINCEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV405-174 |
| ) | |
| FREDERICK HEAD, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of February, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA